AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Catherine A. LaBrec and David J. LaBrec | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| CreditOne, LLC | ) | 4-09 CV-523-A |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CreditOne, LLC, by serving its registered agent:
CT Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jerry J. Jarzombek
714 W. Magnolia Avenue
fort Worth, Texas 76104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: SEP 0 4 2009

*Michelle Thom*

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

ISSUED